IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00130-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAVIER ESPINOSA-HUERTA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Due to a conflict in the Court's calendar, the sentencing hearing set for **July 30, 2010 at 1:30 p.m.** is VACATED and RESCHEDULED for **August 6, 2010 at 8:00 a.m.**

    DATED May 24, 2010.