IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00130-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAVIER ESPINOSA-HUERTA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    The sentencing hearing in this case is re-set for **August 3, 2010 at 11:15 a.m.**

    DATED July 9, 2010.